# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE A. UMANZOR, | Case No. LA CV 15-2881 CJC (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. SOTO, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: May 8, 2015

_____

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE